

# IN THE
# TENTH COURT OF APPEALS

## No. 10-18-00076-CV

**THE CITY OF BRYAN, TEXAS AND**
**BRYAN TEXAS UTILITIES,**

         **Appellants**

 **v.**

**VICKI RENEE RIOLA,**

         **Appellee**

_____

### From the 361st District Court
### Brazos County, Texas
### Trial Court No. 16-002133-CV-361

---

## MEMORANDUM OPINION

---

Appellants, The City of Bryan, Texas and Bryan Texas Utilities, appealed the trial court's denial of their plea to the jurisdiction. They have now filed a motion to dismiss the appeal with prejudice pursuant to a settlement agreement.

Appellants' motion is granted. This appeal is dismissed with prejudice. *See* TEX. R. APP. P. 42.1(a)(1).

                              TOM GRAY
                              Chief Justice

Before Chief Justice Gray,
  Justice Davis, and
  Justice Scoggins
Appeal dismissed
Opinion delivered and filed August 22, 2018
[CV06]

